THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. CONNELLY, as Trustee, Respondent, v. WILLIAM J. WEISE, as Assessor of the City of White Plains, New York, and GLENN N. CURNOW and Others, as Members of and Constituting the Board of Review of the City of White Plains, New York, Appellants. (1938 Assessment for 1939 Tax.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. CONNELLY, as Trustee, Respondent, v. WILLIAM J. WEISE, as Assessor of the City of White Plains, New York, and GLENN N. CURNOW and Others, as Members of and Constituting the Board of Review of the City of White Plains, New York, Appellants. (1939 Assessment for 1940 Tax.) — Appeal by the assessor and the board of review of the city of White Plains from an order confirming the report of a referee reducing assessments of improved real property. Order reversed on the law and the facts, and certiorari proceeding dismissed, with fifty dollars costs and disbursements. Findings of fact of the referee reversed and his conclusions of law disapproved, and appellants' proposed findings of fact and conclusions of law found. Appeal from judgment dismissed. There is no judgment printed in the record. The appraisal of the property relied on by the respondent was based upon the capitalization of the net amount of the rent reserved in a lease of the property. While the fair rental value of improved property is competent on the question of fee value, the rent reserved in a lease is not competent on that question. (Ettlinger v. Weil, 184 N. Y. 179, 183.) Respondent's appraiser failed to consider any of the factors essential to the determination of the value of improved property, and respondent failed to overcome the presumption of the correctness of the appraisals. (People ex rel. S. C. F. Realty Corp. v. Weise, 246 App. Div. 775, 776; affd., 272 N. Y. 651; People ex rel. Jamaica W. S. Co. v. Tax Comrs., 196 id. 39, 53; Matter of Melcroft Corp. v. Weise, 256 App. Div. 291, 292.) Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

TOWN OF HARRISON, Respondent, v. WILLIAM G. WOOD and Others, Defendants, and CIVIC INVESTORS CORPORATION and DIXON HOLDING CORPORATION, Appellants.— Action to foreclose transfer of tax liens. Order granting plaintiff's motion to strike out the answer of appellant Dixon Holding Corporation and the amended answer of appellant Civic Investors Corporation and to direct the entry of judgment in favor of plaintiff; and order denying appellants' cross-motion for judgment on the pleadings in favor of appellants, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

## (March 14, 1941.)

In the Matter of the Application of OTTO W. FUHRMANN, on Behalf of Himself and CYRIL S. COX and STANLEY J. BARANOWSKI, against FLORENCE A. STRAUSS, as Acting Village Clerk of the Incorporated Village of New Hyde Park, Nassau County, New York, etc. OTTO W. FUHRMANN, Appellant; FLORENCE A. STRAUSS, etc., Respondent.— Appeal from an order denying an application to declare valid certain nominating petitions filed by the Independent Voters League for the offices of mayor and trustees of the incorporated village of New Hyde Park, and to direct the acting village clerk of said village to place their names on the printed ballot to be used at the village election to be held on March 18, 1941. Order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.